FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 3 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01517-OES

ROGER SCOTT BLACKBURN,

        Plaintiff,

v.

PROWERS COUNTY, and
STATE OF COLORADO,

        Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    Plaintiff's "Motion for Recovery of Documentation for Evidential Review" filed on August 22, 2005, is DENIED. The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the docket sheet in this action showing the documents filed in this action. Plaintiff's request for an extension of time is GRANTED. Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies in this action.

Dated: August 23, 2005

**Copies of this Minute Order and a copy of the docket sheet** mailed on August 23, 2005, to the following:

Roger S. Blackburn
103 E. Oak A-Pod-A4
Lamar, CO 81052

                              Secretary/Deputy Clerk